FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   FEB 27 2012   ★

LONG            OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KENYATTE WILLIAMS,

                Petitioner,

**OPINION & ORDER**
**CV-09-0363 (SJF)**

-against-

ROBERT ERCOLE, Superintendent,
Green Haven Correctional Facility,

                Respondent.
----------------------------------------------------------X
FEUERSTEIN, J.

On October 17, 2011, judgment was entered in favor of respondent in this proceeding upon this Court's order, entered October 14, 2011, *inter alia*, dismissing the petition in its entirety. Since petitioner did not make a substantial showing of the denial of a constitutional right, a certificate of appealability from the final judgment in this proceeding is denied. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003).

The Clerk of the Court is directed to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure, including mailing a copy of the Order to the *pro se* petitioner at his last known address, see Fed. R. Civ. P. 5(b)(2)(C).

SO ORDERED.

                s/ Sandra J. Feuerstein
                _____
                SANDRA J. FEUERSTEIN
                United States District Judge

Dated: February 27, 2012
       Central Islip, New York